IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01926-EWN-KMT | FTR - Courtroom A-601 |
| **Date:** March 21, 2008 | Ellen E. Miller, Deputy Clerk |
| WILLIAM B. RYBARCZYK,<br>JERRY V. SMITH,<br>NED A. CANNON<br>d/b/a Smith and Cannon, Attorneys at Law,<br>an Idaho Partnership, and<br>THOMAS L. DORAN,<br>d/b/a The Law Office of Thomas L. Doran, | Ned A. Cannon (Telephone) |

Plaintiff(s),

v.

| | |
|---|---|
| CRAIG HOSPITAL, | R. Craig Ewing |

Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in session :** 9:00 a.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiffs' Defendant Craig Hospital's Motion to Compel for argument.

**It is ORDERED:** Defendant Craig Hospital's MOTION TO COMPEL [Docket No. 29, Filed February 27, 2008] is **GRANTED IN PART and DENIED IN PART** for reasons as set forth on the record.

Plaintiffs shall supplement responses as directed from the bench **on or before APRIL 10, 2008.**

FACT DISCOVERY CUT-OFF is **APRIL 30, 2008.**

EXPERTS DEADLINE remains **APRIL 15, 2008.**

On behalf of Plaintiffs, Mr. Cannon requests leave to make an Oral Motion to Dismiss William Rybarczyk as a party plaintiff. Plaintiffs' request is not considered by the Court. Appropriate written motions to dismiss shall be filed.

Discussion is held regarding Plaintiffs' request to depose defense counsel R. Craig Ewing.

**It is ORDERED:** Plaintiffs' request to depose defense counsel R. Craig Ewing is denied without prejudice at this time.

Discussion is held regarding depositions to be scheduled in Washington, Idaho, and Colorado. It is noted Mr. Cannon no longer objects to defendant taking his deposition.

**It is ORDERED:** Counsel shall confer as soon as possible to set the deposition schedule.

**It is ORDERED:** Defense request for information regarding medical mental health records of Jerry V. Smith is **denied.**

Mr. Cannon shall provide Mr. Ewing with the federal habeas corpus case before The Honorable B. Lynn Winmill in the United States District Court, District of Idaho which was discussed regarding Mr. Smith's ability to testify.

The Settlement Conference remains set **MAY 05, 2008 at 9:30 a.m.** at this time. The parties may contact chambers (303) 335-2780 to discuss a date for during the time Mr. Cannon will be in Colorado for depositions.

Parties are reminded the Dispositive Motions Deadline as set by Chief Judge Nottingham is **MAY 12, 2008.**

**Court in Recess :** 10:48 a.m.
Total In-Court Time 01:48
Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.