IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01926-EWN-KMT | FTR - Courtroom A-601 |
| **Date:** April 17, 2008 | Debra Brown, Deputy Clerk |
| WILLIAM B. RYBARCZYK,<br>JERRY V. SMITH,<br>NED A. CANNON<br>d/b/a Smith and Cannon, Attorneys at Law,<br>an Idaho Partnership, and<br>THOMAS L. DORAN,<br>d/b/a The Law Office of Thomas L. Doran, | Ned A. Cannon |
| Plaintiff(s), | |
| v. | |
| CRAIG HOSPITAL, | R. Craig Ewing |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session :** 9:10 a.m.

Court calls case. Appearances of counsel.

Discussion regarding [50] Second MOTION to Compel and Request for Forthwith Hearing by Defendant.

**ORDERED:** [50] Second MOTION to Compel and Request for Forthwith Hearing by Defendant is GRANTED for reasons as set forth on the record.

**ORDERED:** The request for attorney fees is DENIED.

**ORDERED:** The Settlement Conference is **RESET** to **April 29, 2008 at 2:30 p.m., Courtroom A-601.** ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Tafoya_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date. The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail. **Statements containing more than 15 pages should also be submitted to chambers on paper (hard copy)**, with the envelope addressed to "Magistrate Judge Tafoya's Chambers, Personal and

Confidential". Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.

All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference in courtroom A-601. Valid photo identification is required to enter the courthouse. (See attachment for more information.)

**Court in Recess :** 9:30 a.m.
Total In-Court Time 0:20
Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

Counsel and pro se litigants **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." **No party shall be permitted to attend the settlement conference by phone unless that party has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date.**

In order that productive settlement discussions can be held, the parties shall prepare and submit **two** settlement documents: one to be mailed to the other party or parties, and the other to be mailed only to the Magistrate Judge. The documents which are presented to opposing parties shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and shall present a demand or offer. These documents should be intended to persuade the clients and counsel or pro se litigant on the other side.

The document to be mailed to the Magistrate Judge shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel or the pro se litigant wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Tafoya_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date. The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail. **Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy)**, with the envelope addressed to "Magistrate Judge Tafoya's Chambers, Personal and Confidential". Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.